UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL GABINO MARTINEZ, et a., | ) | 3:13-CV-0554-MMD (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 13, 2014 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have filed a response to answer to complaint and opposition to defendant's affirmative defenses (#8).  Defendant moved to strike this response to answer (#9).  Plaintiffs opposed the motion to strike (#11), and defendant replied (#13).  Plaintiffs response to answer is not permitted pursuant to Federal Rule of Civil Procedure 7 which provides that a reply to an answer may be filed only upon order of the court.  No such order has been or will be entered in this matter.

IT IS ORDERED that defendant's motion to strike (#9) is **GRANTED**.  The Clerk shall **STRIKE** the response to answer to complaint (#8) from the docket in this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/            
Deputy Clerk