UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GABINO MARTINEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | 3:13-CV-0554-MMD  (VPC)<br><br>**MINUTES OF THE COURT**<br><br>January 16, 2014 |

PRESENT:　　THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　LISA MANN　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is plaintiff's motion to disqualify opposing counsel (#14). Defendant opposed the motion (#15), and plaintiffs replied (#18).

　　**IT IS ORDERED** that plaintiff's motion to disqualify opposing counsel (#14) is **DENIED**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　Deputy Clerk