**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANIEL GABINO MARTINEZ, et al., | ) ) ) | 3:13-CV-0554-MMD  (VPC) |
| Plaintiffs, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | January 16, 2014 |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>          LISA MANN          </u>   REPORTER: <u>NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                  </u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is plaintiff's motion to disqualify opposing counsel (#14).  Defendant opposed the motion (#15), and plaintiffs replied (#18).

    **IT IS ORDERED** that plaintiff's motion to disqualify opposing counsel (#14) is **DENIED**.

    **IT IS SO ORDERED.**

                       LANCE S. WILSON, CLERK

               By:<u>                    /s/                    </u>
                     Deputy Clerk